United States District Court
Southern District of Texas
**ENTERED**
January 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LUMINOSA TORRES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-cv-00012 |
| | § | |
| CITY OF HIDALGO, | § | |
| | § | |
| Defendant. | § | |

# ORDER

The Court now considers the parties "Joint Advisory to the Court" notifying the Court of their settlement[1] and the parties' "Stipulation of Dismissal."[2] The parties agree that Plaintiff's clams are "discontinued and dismissed with prejudice."[3] Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may dismiss an action without a Court order by filing a stipulation of dismissal signed by all appearing parties. Because the joint stipulation is signed by all appearing parties,[4] Plaintiff has effectively dismissed the case and no further action by this Court is necessary.[5] All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**. All deadlines and conferences in this case are **CANCELLED** and any pending motion, request, or other matter is **DENIED AS MOOT**. The Clerk of the Court is instructed to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 28th day of January 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 23.
[2] Dkt. No. 22.
[3] *Id.* at 1.
[4] *Id.* at 1–2.
[5] *See Bechuck v. Home Depot U.S.A., Inc.*, 814 F.3d 287, 291 (5th Cir. 2016) (quoting *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015) (per curiam)).